UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES POWERS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:11-1209 |
| | ) | Judge Campbell/Bryant |
| COTTRELL, INC., | ) | **Jury Demand** |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Defendant Cottrell, Inc. has filed its motion seeking admission of attorney Daniel J. Carpenter to participate pro hac vice in this case (Docket Entry No. 17). The required fee has been paid, and Mr. Carpenter has filed a copy of his certificate of good standing as a member of the state bar in Missouri. However, this motion is not supported as required by a certificate of good standing from another United States district court. Local Rule 83.01(d)(1).

The affidavit accompanying this motion recites that Mr. Carpenter has been admitted to the bars of several United States district courts, so it appears that he would be eligible to participate pro hac vice in this case upon the filing of an appropriate certificate of good standing.

For the reasons stated above, the undersigned Magistrate Judge finds that this motion should be held in abeyance pending the filing of an appropriate certificate of Mr. Carpenter's good standing as a member of the bar of another United States district

court.  Upon the filing of such a certificate, the Court will be pleased to grant Mr. Carpenter's motion.

It is so **ORDERED**.

s/ John S. Bryant  
JOHN S. BRYANT  
United States Magistrate Judge