UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES POWERS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) NO. 3:11-1209 ) |
| COTTRELL, | ) Judge Campbell/Bryant ) Jury Demand |
| Defendant. | ) |

### O R D E R

This case was set for an initial case management conference at 10:00 a.m. on February 27, 2012, however, the parties have requested a continuance. The request is **GRANTED** and the initial case management conference is **reset** to **March 14, 2012, at 9:30 a.m.**, in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall file a proposed case management order three (3) business days prior to March 14, 2012.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge