IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES POWERS, et al. | ) |
| | ) |
| v. | ) NO. 3-11-1209 |
| | ) JUDGE CAMPBELL |
| COTTRELL, INC., et al. | ) |

ORDER

Pending before the Court is Plaintiffs' Motion for Leave to File Suggestions in Response to Cottrell's Supplement Regarding Preemption Argument (Docket No. 28). The Motion is GRANTED. The Clerk is directed to file the Response attached to the Motion as Docket No. 28-1.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE