IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES POWERS, et al.           )
                               )
v.                             ) NO. 3-11-1209
                               ) JUDGE CAMPBELL
COTTRELL, INC., et al.         )

ORDER

Pending before the Court is Plaintiffs' Motion to Remand (Docket No. 9). For the reasons stated in the accompanying Memorandum, Plaintiffs' Motion is GRANTED, and this action is remanded to the Circuit Court for Rutherford County, Tennessee.

Plaintiffs shall file any Motion for Attorneys' Fees and Costs in accordance with Local Rule 54.01(b).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE